# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157340-2(124)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MELISSA MAYS, MICHAEL ADAM MAYS,
JACQUELINE PEMBERTON, KEITH JOHN
PEMBERTON, ELNORA CARTHAN,
RHONDA KELSO, and ALL OTHERS
SIMILARLY SITUATED,
      Plaintiffs-Appellees,

v

GOVERNOR OF MICHIGAN, STATE OF
MICHIGAN, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
      Defendants-Appellees,
and

DARNELL EARLEY and JERRY AMBROSE,
      Defendants-Appellants,
and

CITY OF FLINT,
      Not Participating.
_____/

SC: 157340-2
COA: 335555; 335725; 335726
Ct of Claims: 16-000017-MM

      On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their brief to August 7, 2019, and for a 10-page extension to the page limitation is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2019



Clerk